THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| STATE NATIONAL BANK ) | |
| ) | |
| VS. ) | |
| ) | CAUSE NO. 3:06-CV-247 RM |
| AYCOCK & FOWLER INSURANCE ) | |
| AGENCY, INC., JOSEPH BRADLEY ) | |
| TRUSTEE ) | |

## OPINION and ORDER GRANTING MOTION
## TO REFER CASE TO BANKRUPTCY COURT

Upon the motion of Joseph D. Bradley, Trustee in bankruptcy for G.S. Consulting Services, Inc., case 05-33646 pending in the United States Bankruptcy Court, South Bend Division, Norther District of Indiana, to refer this case to the bankruptcy court for further proceedings and the court being duly advised in the premises with no objections been filed, it is hereby ORDERED that the Trustee's motion is GRANTED [Doc. No. 10] and this case is hereby REFERRED to the Honorable Harry C. Dees, Jr. for further proceedings consistent with the law. In light of this referral, the Rule 16(b) Preliminary Pretrial Conference currently set for July 18, is hereby VACATED.

SO ORDERED.

ENTERED: <u>June 28, 2006</u>

<u>/s/ Robert L. Miller, Jr.</u>
Chief Judge
U.S. District Court for the

cc: attorneys of record