THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| STATE NATIONAL BANK ) | |
| ) | |
| VS. ) | |
| ) | CAUSE NO. 3:06-CV-247 RM |
| AYCOCK & FOWLER INSURANCE ) | |
| AGENCY, INC., JOSEPH BRADLEY ) | |
| TRUSTEE ) | |

OPINION and ORDER

It appearing appropriate to do so, the court now ORDERS any and all funds associated with this case currently under the custody and control of the Clerk of the Court TRANSFERRED to the bankruptcy court.

SO ORDERED.

ENTERED: August 18, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
U.S. District Court for the

cc: attorneys of record